# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSEL BUFFORD,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:12-cv-01126-LJO-SKO<br><br>RELATED CASE: 1:12-cv-428-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

Plaintiff Marsel Bufford filed a complaint on July 10, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:   July 13, 2012**                              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE