# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, | CASE NO. 1:12-cv-00428-LJO-SKO |
| Plaintiff, | **Related Cases**: <br> No. 1:12-cv-00429-LJO-SKO <br> No. 1:12-cv-00430-LJO-SKO |
| v. | No. 1:12-cv-00431-LJO-SKO <br> No. 1:12-cv-00432-LJO-SKO <br> No. 1:12-cv-00434-LJO-SKO |
| | No. 1:12-cv-00436-LJO-SKO |
| CITY OF FRESNO, et al., | No. 1:12-cv-00439-LJO-SKO <br> No. 1:12-cv-00448-LJO-SKO <br> No. 1:12-cv-00528-LJO-SKO |
| Defendants. | No. 1:12-cv-01117-LJO-SKO <br> No. 1:12-cv-01118-LJO-SKO <br> No. 1:12-cv-01119-LJO-SKO <br> No. 1:12-cv-01120-LJO-SKO <br> No. 1:12-cv-01121-LJO-SKO <br> No. 1:12-cv-01122-LJO-SKO <br> No. 1:12-cv-01123-LJO-SKO <br> No. 1:12-cv-01124-LJO-SKO <br> No. 1:12-cv-01125-LJO-SKO <br> No. 1:12-cv-01126-LJO-SKO <br> No. 1:12-cv-01128-LJO-SKO <br> No. 1:12-cv-01130-LJO-SKO <br> No. 1:12-cv-01132-LJO-SKO <br> No. 1:12-cv-01133-LJO-SKO <br> No. 1:12-cv-01134-LJO-SKO <br> No. 1:12-cv-01136-LJO-SKO <br> No. 1:12-cv-01137-LJO-SKO <br> No. 1:12-cv-01138-LJO-SKO <br> No. 1:12-cv-01139-LJO-SKO <br> No. 1:12-cv-01161-LJO-SKO <br> No. 1:12-cv-01162-LJO-SKO <br> No. 1:12-cv-01166-LJO-SKO <br> No. 1:12-cv-01215-LJO-SKO |
| | **ORDER CONSOLIDATING CASES** |

_____/

On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

1  on the parties' stipulation, and because the Court finds that consolidation promotes judicial
2  efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:
3      (1)    *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO
4      (2)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO
5      (3)    *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO
6      (4)    *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO
7      (5)    *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO
8      (6)    *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO
9      (7)    *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO
10     (8)    *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO
11     (9)    *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO
12     (10)    *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO
13     (11)    *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO
14     (12)    *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO
15     (13)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO
16     (14)    *Randle v. City of Fresno, et al*., No. 12-cv-01121-LJO-SKO
17     (15)    *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO
18     (16)    *Ward v. City of Fresno, et al*., No. 1:12-cv-01123-LJO-SKO
19     (17)    *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO
20     (18)    *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO
21     (19)    *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO
22     (20)    *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO
23     (21)    *Butler v. City of Fresno*, *et al.*, 1:12-cv-01130-LJO-SKO
24     (22)    *Lowe v. City of Fresno*, *et al.*, 1:12-cv-01132-LJO-SKO
25     (23)    *Brown v. City of Fresno*, *et al.,* 1:12-cv-01133-LJO-SKO
26     (24)    *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO
27     (25)    *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO
28     (26)    *Galvan v. City of Fresno, et al*., 1:12-cv-01137-LJO-SKO

1  (27) *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

2  (28) *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

3  (29) *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

4  (30) *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

5  (31) *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

6  (32) *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

*Sanchez v. City of Fresno, et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the "lead" case, and the remaining consolidated cases shall be administratively closed.

Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

IT IS SO ORDERED.

**Dated:   August 24, 2012**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE